UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MELGER, | No. 2:16-cv-2222 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER AND |
| WELLS FARGO BANK N.A., | <u>ORDER TO SHOW CAUSE</u> |
| Defendant. | |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In the complaint, plaintiff complains about defendant opening unauthorized accounts. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. It appears that plaintiff is alleging only state law claims. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.

1  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that
2  the action be dismissed.
3       Plaintiff has requested appointment of counsel. The United States Supreme Court has
4  ruled that district courts lack authority to require counsel to represent indigent prisoners in
5  § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain
6  exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to
7  28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v.
8  Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find
9  the required exceptional circumstances. Plaintiff's request for the appointment of counsel will
10 therefore be denied.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;
13      2. No later than October 28, 2016, plaintiff shall show cause why this action should not
14 be dismissed for lack of subject matter jurisdiction.
15      3. Plaintiff's request for appointment of counsel is denied.
16 Dated: September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

19 4 melger.ifp-nosmj.cou

2